

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

hwexler@seyfarth.com

T (212) 218-3332

www.seyfarth.com

June 9, 2026

**<u>VIA ECF</u>**

Hon. Rukhsanah L. Singh, U.S.M.J
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
Trenton, New Jersey 08608

**Re:** **<u>McGuinness v. Advanced Auto Parts, Inc., Case No.: 3:26-cv-02988-MAS-RLS</u>**

Dear Judge Singh:

We represent Defendant Advanced Auto Parts, Inc. ("Defendant") in the above-referenced matter. We write to respectfully request a 30-day extension of time for Defendant to move or otherwise respond to Plaintiff Madyson McGuinness' Complaint.

On March 26, 2026 the Clerk of the Court granted Defendant's application for the Clerk's Order to Extend Time to Answer the Complaint. (ECF No. 4. and Clerk's Text Order dated March 26, 2026) On April 14, 2026, the Court granted an extension of time until May 13, 2026 to respond to the Complaint. (ECF No. 6) On May 11, 2026, the Court granted an extension of time until June 12, 2026 to respond to the Complaint. (ECF No. 8) The requested extension would give Defendant until July 13, 2026 to respond to the Complaint. Plaintiff consents to the proposed extension.

Defendant makes this request in good faith, and not for purposes of delay, so that the parties may continue exploring early resolution of the matter. Thank you for your consideration.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Howard M. Wexler*

Howard M. Wexler

cc: Richard A. Amdur, Jr. (via ECF)

326464456v.1